# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BRADFORD S. MATHENY,

    Petitioner,

v.                                                   CASE NO. 3:18cv1374-MCR-EMT

MARK S. INCH,

    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated September 19, 2019. ECF No. 31. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.  The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  The petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3.  A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 19th day of March 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**